SELMA INTAL, Appellant, *v.* STUDEBAKER MOTOR DISTRIBUTORS, INC., Respondent.

Supreme Court, Appellate Term, First Department, January 9, 1945.

*Joseph Eisinger* for appellant.

*Samuel Becker* for respondent.

MEMORANDUM *Per Curiam.* Plaintiff is entitled to recover back the proceeds of the sale of the car under the provisions for determining the amount thereof contained in the contract.

The order should be reversed, with $10 costs, motion granted and case remitted to court below for assessment of damages in accordance herewith.

HAMMER, McLAUGHLIN and EDER, JJ., concur.

Order reversed, etc.